UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. CR421-161 |
| ) | |
| JORDAN BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Amy Lee Copeland, as counsel for Jordan Brown, requested leaves of absence from the Court pursuant to Local Rule 83.9. The requested period of leave is as follows:

- **February 3, 2023**

After due consideration, the Court **GRANTS** the motion.

**SO ORDERED** this the 29th day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA