# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:21-CR-161 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JORDAN BROWN** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    March 27, 2023 through March 30, 2023 including April 4, 2023 for the purpose of official business.

    b)    April 5, 2023, through and including April 7, 2023, for the purpose of personal travel.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 13th day of March, 2023.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia